# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ADC Telecommunications, Inc.,
Fiber Optic Network Solutions Corp.,

           Plaintiffs,              Civil No. 08-5222 (RHK/JJK)

vs.                **DISQUALIFICATION AND**
                  **<u>ORDER FOR REASSIGNMENT</u>**

Tyco Electronic Corporation,

           Defendant.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  September 22, 2008

                    <u>s/Richard H. Kyle.</u>
                    RICHARD H. KYLE
                    United States District Judge